IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INVENTOR HOLDINGS, LLC,**<br><br>   Plaintiff,<br><br>       v.<br><br>**KMART CORPORATION, SEARS, ROEBUCK & COMPANY and SEARS HOLDINGS MANAGEMENT CORPORATION,**<br><br>   Defendants. | **CASE NO. 1:14-cv-185 GMS**<br><br>**(CONSOLIDATED)** |
| **INVENTOR HOLDINGS, LLC,**<br><br>   Plaintiff,<br><br>       v.<br><br>**BED BATH & BEYOND INC.,**<br><br>   Defendant. | **CASE NO. 1:14-cv-448-GMS** |

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to D. Del. LR 7.1.2, Defendants Kmart Corporation, Sears, Roebuck & Company, Sears Holdings Management Corporation, and Bed Bath & Beyond Inc. (collectively, "Defendants") hereby move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and request this Court dismiss Plaintiff Inventor Holdings LLC's Complaint for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in the Defendants' Opening Brief in Support of their Motion for Judgment on the Pleadings, which is being filed contemporaneously herewith.

Dated: February 6, 2015                     Respectfully submitted,

                                            By: _/s/ Jeremy D. Anderson_____
                                                Jeremy D. Anderson (#4515)
                                                Susan M. Coletti (#4690)
                                                **FISH & RICHARDSON PC**
                                                222 Delaware Ave., 17th Floor
                                                P.O. Box 1114
                                                Wilmington, DE 19801
                                                (302) 652-5070
                                                janderson@fr.com
                                                coletti@fr.com

                                                Neil J. McNabnay, *admitted pro hac vice*
                                                David B. Conrad, *admitted pro hac vice*
                                                Ricardo J. Bonilla, *admitted pro hac vice*
                                                1717 Main Street, Suite 5000
                                                Dallas, TX 75201
                                                214-747-5070 (Telephone)
                                                214-747-2091 (Telecopy)
                                                mcnabnay@fr.com
                                                conrad@fr.com
                                                rbonilla@fr.com

                                                **ATTORNEYS FOR DEFENDANT
                                                BED BATH & BEYOND INC.**

By:   */s/ Karen L. Pascale*
Karen L. Pascale (#2903)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
kpascale@ycst.com

John G. Bisbikis, *admitted pro hac vice*
Brett E. Bachtell, *admitted pro hac vice*
Zachary L. Getzelman, *admitted pro hac vice*
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
jbisbikis@mwe.com
bbachtell@mwe.com
zgetzelman@mwe.com

**ATTORNEYS FOR DEFENDANTS KMART CORPORATION, SEARS, ROEBUCK & COMPANY, SEARS HOLDINGS MANAGEMENT CORPORATION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **INVENTOR HOLDINGS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**KMART CORPORATION, SEARS, ROEBUCK & COMPANY and SEARS HOLDINGS MANAGEMENT CORPORATION,**<br><br>Defendants. | **CASE NO. 1:14-cv-185 GMS**<br><br><br><br>**(CONSOLIDATED)** |
| **INVENTOR HOLDINGS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BED BATH & BEYOND INC.,**<br><br>Defendant. | **CASE NO. 1:14-cv-448-GMS** |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Having considered Defendants Kmart Corporation, Sears, Roebuck & Company, Sears Holdings Management Corporation, and Bed Bath & Beyond Inc.'s (collectively, "Defendants'") Motion for Judgment on the Pleadings,

IT IS HEREBY ORDERED this _____ day of _____, 2015, that the Motion is GRANTED.

 

_____
Honorable Gregory M. Sleet