IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BED BATH & BEYOND INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 14-448-GMS |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. The Defendant's Motions for Judgment on the Pleadings is GRANTED;

2. U.S. Patent No. 5,862,582 is INVALIDATED, pursuant to 35 U.S.C. § 101;

3. The above-captioned case is DISMISSED;

4. The Clerk of the Court is directed to close this case.

Dated: August 21, 2015

_____
UNITED STATES DISTRICT COURT