IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INVENTOR HOLDINGS, LLC,

        Plaintiff,

      v.

BED BATH & BEYOND, INC.,

        Defendant.

C. A. No. 14-00448-GMS

**DEFENDANT BED BATH & BEYOND INC.'S
MOTION FOR ATTORNEYS' AND EXPERTS' FEES**

COMES NOW Defendant Bed Bath & Beyond Inc. ("BBB") and hereby moves, pursuant to Federal Rule of Civil Procedure 54(d) and 35 U.S.C. § 285, for an award of attorneys' and experts' fees.

The grounds for this motion are further set forth in BBB's Opening Brief in Support of its Motion for Attorneys' and Experts' Fees, which is being filed contemporaneously herewith.

Dated:  September 4, 2015          FISH & RICHARDSON P.C.


By:  */s/ Jeremy D. Anderson*
        Jeremy D. Anderson (#4515)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1114
        Wilmington, DE 19801
        Tel: (302) 652-5070
        janderson@fr.com

        Neil J. McNabnay
        David B. Conrad
        Ricardo J. Bonilla
        1717 Main Street, Suite 5000
        Dallas, TX 75201
        Tel: (214) 747-5070
        mcnabnay@fr.com
        conrad@fr.com
        rbonilla@fr.com

        **ATTORNEYS FOR DEFENDANT**
        **BED BATH & BEYOND INC.**

## **RULE 7.1.1. STATEMENT**

Pursuant to Local Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, counsel for Defendant consulted with counsel for Plaintiff regarding the relief sought by this Motion.  Plaintiff's counsel indicated that Plaintiff is opposed to this relief.